| In Re:<br>Andrew Drake<br>2625 Boylston Ave E #3<br>Seattle,WA 98102<br><br>Debtor. | Chapter 13 Case # 13-12707<br>SSN#XXXX-XXX-5747<br>* * * AMENDED * * *<br>TRUSTEE'S DIRECTION TO PAY<br>DEBTOR'S EARNINGS TO TRUSTEE |
|---|---|

The undersigned has been appointed by Order of the U.S. department of Justice / Executive Office for U.S. Trustees to serve as Chapter 13 Trustee in the above-encaptioned case and has been expressly authorized to issue this directive.

The above-named individual (the "debtor") filed a petition on March 26, 2013 for relief and a plan for reorganization under Chapter 13 of the United States Bankruptcy Code. According to that plan the debtor has agreed that a portion of his future income will be withheld and remitted to the undersigned, as Trustee, for distribution to creditors. **Therefore**, pursuant to 11 USC 1306(a) and 1322(a)(1), you

**Dilks & Knopik Llc**
**Attn: Payroll**
**35308 Se Center St**
**Snoqualmie,WA 98065**

are directed to deduct $245.50 Bi-Weekly from said debtor's earnings beginning with the next payday following the receipt of this request, (**If unable to deduct the full amount, entire earnings are to be remitted**) and to deduct a similar amount Bi-Weekly, including any vacation pay, termination pay, or other benefits arising out of present or past employment, and to forthwith remit the sum so deducted to :

**Chapter 13 Trustee**    Phone: (206) 624-5124 Ext: 127
**P.O. Box 2139**
**Memphis, TN 38101-2139**

If employment of the debtor is to be terminated, you are asked to advise the Trustee of such termination, and if possible the likelihood of re-employment. Our correspondence address is **600 University St #2200, Seattle WA 98101-4100.**

**This direction supersedes all present and future garnishments or levies, including those filed by the IRS or state agencies. This direction supersedes any previous direction with respect to this debtor.**

**No Deductions** should be made or permitted for any **Wage Garnishment (other than those for child support and maintenance), Wage Assignment, Credit Union** or any other indebtedness. All such actions are prohibited except with the express order of the Bankruptcy Court. Deductions required by the laws of the United States, the law of any state or political subdivision thereof, or by insurance, pension, or union dues agreement are not intended to be disturbed.

Please indicate the debtor's **Last Name and Case Number** on all remittances.

*K. Michael Fitzgerald* (signature)

K. Michael Fitzgerald, Trustee
May 23, 2013