|   |   |
|---|---|
|   | Judge: Timothy W. Dore<br>Chapter 13<br>Location: U.S. Bankruptcy Court<br>700 Stewart St, Courtroom 8106<br>Seattle, Washington 98101<br>Date of Hearing: June 5th, 2013<br>Time: 9:30am<br>Response Date: May 29th, 2013 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Andrew Drake and Lisa Cho Drake | No.13-12707 TWD |
| Debtors | REPLY TO CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION |

COMES NOW Debtor, Andrew Drake and Lisa Cho Drake through their attorney of record, James Vasquez of In Pacta PLLC, and reply to the Chapter 13's Objection to Confirmation.

RELIEF REQUESTED

Debtors request that the 2nd Amended Plan filed on May 24th, 2013 be confirmed

EVIDENCE RELIED UPON

Declaration of Andrew Drake, Declaration of James Vasquez, and the documents

REPLY	Page 1 of 3

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)

on file with the court.

## REPLY

Trustee objects on two basis (1) alleged non-filing of tax returns for years 2011 and 2012; and (2) immaterial issue with clarity at Section IV.E.2.b.

First, Trustee objection relies upon the IRS' proof of claim (#1) (filed on March 29th, 2013) well before the May 6th, 2013 meeting of creditors. The supporting document filed by the IRS is no longer accurate with respect to the returns not being filed. There would have been no 2012 return filed on March 29th (filing date for proof of claim) since the deadline for filing 2012 returns was April 15th, 2013. Debtors did file those returns prior to the 341 meeting, and have since provided those returns to the Trustee, and provided the returns to the IRS Bankruptcy Specialist, Mr. Potter. See, *Andrew Drakes Declaration*. In addition, it now appears that the IRS has amended Claim #1 (attached hereto as exhibit 1), and per this amended claim both the 2011 and 2012 are confirmed as filed.

Second, while Debtors disagree with trustee's second objection given that their first Amended Plan as to Section IV.E.2.a was clear on its face because Section IV.E.2.a was clearly marked, and 2.b was not. Nonetheless, Debtors have filed a 2nd Amended Plan (Docket #21) addressing this issue. The 2nd Amended Plan redacts the figure in 2.b, and leaves 2.a marked. (Docket #21).

For the foregoing reasons, Debtors request that their 2nd Amended Plan, dated May 24th, 2013 be confirmed.

Dated this _29_ day of May, 2013

                                  IN PACTA PLLC

                                  /s/James Vasquez
                                  James Vasquez, WSBA#34514
                                  Attorney for Debtors

REPLY                      Page 2 of 3            IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)

Case 13-12707-TWD    Doc 22    Filed 05/29/13    Ent. 05/29/13 10:28:41    Pg. 2 of 3



REPLY            Page 3 of 3            IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)