|  | Judge: Timothy W. Dore |
|---|---|
| 1 | Chapter 13 |
| 2 | Location: U.S. Bankruptcy Court |
|   | 700 Stewart St, Courtroom 8106 |
| 3 | Seattle, Washington 98101 |
|   | Date of Hearing: June 5th, 2013 |
| 4 | Time: 9:30am |
|   | Response Date: May 29th, 2013 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Andrew Drake and Lisa Cho Drake | No.13-12707 TWD |
| Debtors | DECLARATION OF ANDREW DRAKE IN REPLY TO CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION |

COMES NOW Debtor, Andrew Drake, and declares as follows in reply to the Chapter 13 Trustee's Objection to Confirmation.

1. I am at least 18 years of age, and competent to make this declaration;

2. I am one of the debtors in the above entitled case, and knowledgeable of the facts of my case;

3. My wife and I did file the 2011 and 2012 tax return with the IRS prior to our 341 meeting;

Declaration of Andrew Drake    Page 1 of 2

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)

4. I have spoken with Mr. Demurs Agent #1703581 - he has said that the IRS is behind in their processing of returns.

5. He recommended that I send a new 2011 return and supporting documents to: Internal Revenue Service, ACSS Stop 76101PO Box 24017, Fresno, CA 93779, which I have done. (see mailing receipt attached).

6. Through my attorney, I have also forwarded the completed and signed 2011 return to Mr. Fred Potter, Bankruptcy Specialist, ID No. 91-04269 via fax May 20 & 28, 2013.

7. Through my attorney, I have also filed with the Chapter 13 Trustee, my 2011 and 2012 tax returns.

8. It is unknown to me how long the IRS will take to process our returns, however I ask that this court not deny confirmation solely based on the fact that IRS has not updated its proof of claim to indicate that the 2011 and 2012 returns have been filed, which they have been.

9. I ask that our 2nd amended return correcting Section IV. E.2 be confirmed.

The foregoing declaration is made under penalty of perjury under the laws of Washington.

Signed at _King County, WA__, on this _27th__ day of May, 2013.

/s/ Andrew Drake
_____
Andrew Drake, Debtor

Declaration of Andrew Drake    Page 2 of 2

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)

Case 13-12707-TWD    Doc 23    Filed 05/29/13    Ent. 05/29/13 10:30:46    Pg. 2 of 2