The Honorable Timothy W. Dore

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>ANDREW DRAKE AND<br>LISA A CHO DRAKE,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 13-12707<br><br>WITHDRAWAL OF<br>OBJECTION TO CONFIRMATION |

Based on the debtors' amended plan (Docket No. 21), K. Michael Fitzgerald, Chapter 13 Trustee, withdraws his Objection to Confirmation.

Dated this 30th day of May, 2013

*/s/ K. Michael Fitzgerald, WSBA #8115*
K. MICHAEL FITZGERALD
Chapter 13 Trustee

WITHDRAWAL OF OBJECTION TO CONFIRMATION - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124