July 23, 2014

<u>Via U.S. Mail</u>

U.S. Bankruptcy Court
700 Steward St., #6301
Seattle, WA 98101

FILED
Western District of Washington
at Seattle

JUL 28 2014

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Re: Case # 13-12707 – Andrew Drake and Lisa A Cho Drake
Change of Address

Dear Friends,

Lisa and I have moved. We now reside at:

2303 – 19th Ave E., Unit B
Seattle, WA 98112

Thank you.

Best,

*[signature]*
Andrew Drake
(206) 303-8858


Cc (via email) – James Vasquez, Attorney